IN THE U.S. DISTRICT COURT OF MARYLAND
FOR DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Austin Stephens, et al.** | * | |
|     **Plaintiffs** | * | |
| **v.** | * | **Case No. TDC 15-3057** |
| **Mac Business Solutions, Inc., et al.** | * | |
|     **Defendants** | * | |
| _____/ | | |

## ORDER

Pending before the Court is the Parties' Joint Motion for Approval of FLSA Settlement ("Joint Motion"). After careful consideration and review of the Parties' Joint Motion and the Confidential Settlement Agreement and Release of All Claims ("Settlement Agreement"), it is hereby:

**ORDERED**, that the Settlement Agreement is **APPROVED** as a fair and reasonable resolution of the parties' Fair Labor Standards Act ("FLSA") dispute;

**ORDERED**, that the Parties' Joint Motion is **GRANTED**;

**ORDERED**, that the Court shall retain jurisdiction over this case until the Defendants' payment is made pursuant to the Settlement Agreement;

**ORDERED**, Plaintiffs shall promptly advise the Court after payment has been received and the funds have fully and unconditionally cleared;

-2-

**FURTHER ORDERED**, that provided the Defendants make the payment under the Settlement Agreement, Plaintiffs' claims shall be DISMISSED with prejudice; and that the Clerk of Court will CLOSE this case.

Date: _____  _____
Hon. Charles B. Day
U.S. Magistrate Judge