
EXHIBIT
2-A

# Howard B. Hoffman, Attorney at Law

600 Jefferson Plaza Suite 304

Rockville, MD 20852

Phone: 301-251-3752   |   Fax: 301-251-3753

Account Statement

Prepared for Austin Stephens

Re: Mac Business Solutions FLSA Litig.

| | |
|---|---:|
| Previous Balance | $0.00 |
| Current Charges | $25,643.30 |
| New Balance | $25,643.30 |
| | |
| Adjustments | $0.00 |
| | |
| Payments | $0.00 |
| Now Due | $25,643.30 |
| Trust Account | $0.00 |

# Howard B. Hoffman, Attorney at Law

600 Jefferson Plaza Suite 304

Rockville, MD 20852

Phone: 301-251-3752   |   Fax: 301-251-3753

Austin Stephens
88 Ole Barn Road
Kearneysville, WV 25430

Invoice Date: June 29, 2016
Invoice Number: Pre-bill
Invoice Amount: $25,643.30

## Matter: Mac Business Solutions FLSA Litig.

**Attorney's Fees**

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 9/17/2015 | Lengthy tele conf. with client re FLSA claims, potential issues and manner of calculating overtime. (.9 hrs). Add'l scheduling tele conf. (.1 hrs). Draft letter of representation; review and revise, transmit. (.3 hrs). | H.B.H. | 1.30 | $422.50 |
| 9/19/2015 | Meet with clients to review wage/hour issues. | H.B.H. | 4.10 | $1,332.50 |
| 10/6/2015 | Tele conf. with AS re status of matter. (.2 hrs). Begin drafting Complaint. (1.8 hrs). Multi (2) tele conf. with D. Hughes. (.5 hrs). Draft letter of representation, transmit. (GRATIS). Draft letter of representation to P. Straub, transmit. (GRATIS). | H.B.H. | 2.50 | $812.50 |
| 10/7/2015 | Review and revise Complaint. (.8 hrs). Prepare civil cover sheet. (.1 hrs) Prepare 3 summons. (.1 hrs). Open case via ECF. | H.B.H. | 1.00 | $325.00 |
| 10/8/2015 | Review Order of Court re assignment of Judge. | H.B.H. | .10 | No Charge |
| 10/9/2015 | Travel to MAC Business Solutions and serve Defendant Surinder Tohan. | H.B.H. | .60 | $195.00 |
| 10/9/2015 | Tele conf. with Paul Straub re status of matter. | H.B.H. | .10 | $32.50 |
| 10/9/2015 | Draft comm. to clients regarding status of matter (filing, service, etc.). Review response from AS. | H.B.H. | .10 | $32.50 |
| 10/9/2015 | Prepare Complaint, Civil Cover Sheet, Summons. (.1 hrs). Draft cover letter to Defendants re service of same; review and revise. (.2 hrs). | H.B.H. | .30 | $97.50 |
| 10/10/2015 | Prepare proof of service forms. (.2 hrs) File same via ECF. (.1 hrs). | H.B.H. | .30 | $97.50 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 10/11/2015 | Draft comm. to clients, attaching proof of service. | H.B.H. | .10 | $32.50 |
| 10/14/2015 | Draft comm. to DOL investigator re initiation of litigation. | H.B.H. | .10 | $32.50 |
| 10/17/2015 | Draft comm. to client re receipt of checks; provide advice re signing with restrictive endorsement. | H.B.H. | .10 | $32.50 |
| 10/19/2015 | Review comm. from Austin S. re paycheck received. Draft response. Review reply. | H.B.H. | .10 | $32.50 |
| 10/22/2015 | Tele conf. with Arent Fox attorney re service of process on Defendants. | H.B.H. | .10 | $32.50 |
| 10/28/2015 | Draft comm. to C. Schaefer re extension of time and request for payroll records. | H.B.H. | .10 | $32.50 |
| 10/28/2015 | Review comm. from P. Straub re status of matter. | H.B.H. | .10 | $32.50 |
| 10/29/2015 | Draft comm. to lawyer with Arent Fox re status of matter. | H.B.H. | .10 | $32.50 |
| 11/3/2015 | Review Motion for Extension of Time. | H.B.H. | .10 | $32.50 |
| 11/4/2015 | Review Order re extension of time. | H.B.H. | .10 | $32.50 |
| 11/24/2015 | Tele conf. with opposing counsel concerning production of wage records and extension of time. | H.B.H. | .10 | $32.50 |
| 11/25/2015 | Review consent motion re extend time. (.1 hrs). Draft comm. to opposing counsel. (.1 hrs). Draft Response to Consent Motion, review and revise, efile same. (.4 hrs). | H.B.H. | .60 | $195.00 |
| 12/1/2015 | Review Order on Motion for Extension of Time. | H.B.H. | .10 | No Charge |
| 12/8/2015 | Review Answer filed by Defendants (comparing same to Complaint). | H.B.H. | .40 | $130.00 |
| 12/10/2015 | Review Order re deficiency re corporate disclosure form. | H.B.H. | .10 | $32.50 |
| 12/10/2015 | Review Scheduling Order. | H.B.H. | .10 | $32.50 |
| 12/11/2015 | Review Local Rule Corp Disclosure form. | H.B.H. | .10 | $32.50 |
| 12/17/2015 | Review file materials produced by Defendants' counsel. | H.B.H. | .60 | $195.00 |
| 12/18/2015 | Review comm. from opposing counsel re Joint Status Report. Review proposed Joint Status Report. (.2 hrs). Review pleadings file. (.1 hrs). Tele conf. with client (AS) re claims, response to Defs' letter. (.6 hrs). Draft lengthy comm. to opposing counsel. (.4 hrs). Draft revised Joint Status Report. (.3 hrs). | H.B.H. | 1.60 | $520.00 |
| 12/21/2015 | Review comm. from CS (opposing counsel). Tele conf. with CS re status of matter. (.3 hrs). Review comm. with revised Joint Status Report; draft comm. to CS re same. (.1 hrs). | H.B.H. | .40 | $130.00 |
| 12/23/2015 | Review time cards detail reports and payroll registers. (.3 hrs). Multi (2) tele conf. with E. Schulman re same. (.5 hrs) Review and respond to multi comm. with E. Schulman. (.2 hrs). | H.B.H. | 1.00 | $325.00 |
| 12/23/2015 | Review Order of Court re referral to Magistrate Judges. | H.B.H. | .10 | $32.50 |
| 12/23/2015 | Draft Consent to Magistrate Judge; file same via ECF. | H.B.H. | .20 | $65.00 |
| 12/28/2015 | Review Order of Court re discovery guidelines. | H.B.H. | .10 | $32.50 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 1/6/2016 | Draft comm. to Paul Straub re time records; review response. | H.B.H. | .20 | $65.00 |
| 1/21/2016 | Review damage calculations re P. Straub. Forward same to client, requesting settlement authorization. | H.B.H. | .20 | $65.00 |
| 1/22/2016 | Review file materials, tele conf. with E. Schulman re calculations for D. Hughes. (.4 hrs). | H.B.H. | .40 | $130.00 |
| 1/27/2016 | Tele conf. with D. Hughes and E. Schulman, reviewing payroll data and related issues. | H.B.H. | .90 | $292.50 |
| 1/27/2016 | Review Entry of Appearance. | H.B.H. | .10 | $32.50 |
| 1/28/2016 | Review records re A. Stephens. (.3 hrs). Draft multi comm. to A. Stephens re status of matter. (.2 hrs). Transmit records to E. Schulman. (.1 hrs). | H.B.H. | .60 | $195.00 |
| 2/2/2016 | Tele conf. with E. Schulman re calculations for Hughes and Straub, and difficulties re wage/hour records and documents. | H.B.H. | 1.50 | $487.50 |
| 2/2/2016 | Tele conf. with A. Stephens re wage and hour claims and calculations of same. (.6 hrs). | H.B.H. | .60 | $195.00 |
| 2/2/2016 | Tele conf. with A. Stephens and E. Schulman, reviewing claims and payroll documents. | H.B.H. | 1.00 | $325.00 |
| 2/3/2016 | Comm. with E. Schulman re calculations for PS. (.4 hrs). Review revised calculations, comm. re same. | H.B.H. | .60 | $195.00 |
| 2/7/2016 | Draft Methodology section re expert report; review wage calculations. (2.1 hrs). Draft comm. to E. Schulman. (.1 hrs). | H.B.H. | 2.20 | $715.00 |
| 2/8/2016 | Multi comm. with E. Schulman re preparation of report and calculations. Review multiple draft report. Draft expert designation. Draft comm. to opposing counsel. Prepare final materials and transmit. | H.B.H. | 3.70 | $1,202.50 |
| 2/8/2016 | Review Complaint and Answer. (.1 hrs). Draft Joint Stipulation, review and revise. (.5 hrs). Draft comm. to counsel re same. (.2 hrs). | H.B.H. | .80 | $260.00 |
| 2/9/2016 | Review comm. from C. Schaefer re status of matter. | H.B.H. | .10 | $32.50 |
| 2/10/2016 | Review comm. from C. Schafer re status of matter, including request for mediation. | H.B.H. | .10 | $32.50 |
| 2/12/2016 | Tele conf. with A. Stephens re demands. (.4 hrs). Draft lengthy comm. with P. Straub re overtime demands, review response. (.4 hrs). | H.B.H. | .80 | $260.00 |
| 2/12/2016 | Draft comm. to D. Hughes re status of matter. | H.B.H. | .10 | $32.50 |
| 2/13/2016 | Tele conf. with D. Hughes re settlement demand. (.2 hrs). Draft settlement demand letter. (.2 hrs). | H.B.H. | .40 | $130.00 |
| 2/13/2016 | Review records, draft lodestar statement. Draft comm. to counsel. | H.B.H. | .30 | $97.50 |
| 2/13/2016 | Draft Request for Production of Documents from each Plaintiff (3 sets) to Mac Business Solutions, Inc. Review and revise. (1.2 hrs). Prepare letter to C. Schaefer re same. Review and revise. (.2 hrs) Draft e-comm. to C. Schaefer attaching same. (.1 hr). | H.B.H. | 1.50 | $487.50 |
| 2/17/2016 | Draft Interrogatories from A. Stephens. Review and revise. Transmit. | H.B.H. | 1.60 | $520.00 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 3/1/2016 | Draft comm. to C. Schaefer re status of matter. | H.B.H. | .10 | $32.50 |
| 3/2/2016 | Review comm. from C. Schaefer re status of matter. | H.B.H. | .10 | $32.50 |
| 3/10/2016 | Review comm. from counsel. File Joint Stip re coverage. | H.B.H. | .10 | $32.50 |
| 3/16/2016 | Tele conf. with A. Stephens re status of matter and noting of depositions. (.3 hrs). Draft deposition notices for the Tohans. (.3 hrs). Draft 30b6 notice; review file materials. Review and revise. Finalize document. (.9 hrs). Review comm. from counsel re extension of time to respond to discovery; draft reply. (.2 hrs). | H.B.H. | 1.70 | $552.50 |
| 3/18/2016 | Review email from CS re mediation and discovery, etc. Review settlement letter from CS. Draft comm. to clients re same. Review multi responses. Draft lengthy comm to CS re status of matter. Review and revise. | H.B.H. | 1.40 | $455.00 |
| 3/21/2016 | Review "Emergency" Motion by Defendants. (.2 hrs) Review file materials for preparation of response. (.3 hrs). | H.B.H. | .50 | $162.50 |
| 3/22/2016 | Draft Interrogatories from Stephens to Sunita Tohan and Surinder Tohan. Review and revise. (1.4 hrs). | H.B.H. | 1.40 | $455.00 |
| 3/23/2016 | Review answers and objections to D Hughes' interrogatories. Draft lengthy comm re deficient answers and objections. Review file materials. Transmit. | H.B.H. | 1.20 | $390.00 |
| 3/24/2016 | Review lengthy comm. from Schaefer re discovery dispute. Draft lengthy response; review and revise. Review reply from Schaefer. | H.B.H. | .50 | $162.50 |
| 3/27/2016 | Draft 5 pg ltr to Schaefer re Stephens interrogatory answers; review and revise. Legal research re claim of privilege as to advice of counsel defense, "compound" objection to interrogatories, and factual basis re affirmative defenses. | H.B.H. | 4.60 | $1,495.00 |
| 3/28/2016 | Review comm. from C. Schaeffer re status of meeting; respond to same. | H.B.H. | .10 | No Charge |
| 3/29/2016 | Draft Opposition to "Emergency" Motion. (.9 hrs). Prepare for meeting. (.2 hrs). Travel to and from Miles & Stockbridge for meet and confer. (.4 hrs). Attend meet and confer and discuss discovery objections/answers and discuss stay re mediation. (1.6 hrs). | H.B.H. | 3.10 | $1,007.50 |
| 4/1/2016 | Multi comm. with K. Erikkson re status of matter. | H.B.H. | .30 | $97.50 |
| 4/4/2016 | Review and revise (substantially) Response to Emergency Motion re Stay. File same via ECF. | H.B.H. | .80 | $260.00 |
| 4/12/2016 | Review comm. re mediation. Forward same to clients with comm. (.1 hrs). Draft comm. to opposing counsel re dates. (.1 hrs). | H.B.H. | .20 | $65.00 |
| 4/13/2016 | Comm. with Judicial Assist to Judge Schulze re mediation timing. | H.B.H. | .20 | $65.00 |
| 4/14/2016 | Multi comm. b/w counsel and Judicial Assistant to Judge Schulze re status of mediation date. | H.B.H. | .20 | $65.00 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 4/17/2016 | Draft comm. to clients re scheduled mediation. | H.B.H. | .10 | $32.50 |
| 4/26/2016 | Very briefly review comm. from C. Schaefer re overtime settlement offer. | H.B.H. | .10 | $32.50 |
| 4/26/2016 | Briefly review settlement offer letter. | H.B.H. | .20 | $65.00 |
| 4/27/2016 | Briefly review document production. | H.B.H. | .20 | $65.00 |
| 5/9/2016 | Draft comm. to client re status of matter. (.1 hrs). Review document production; draft multi comm. to E. Schulman re same. (.2 hrs). | H.B.H. | .30 | $97.50 |
| 5/17/2016 | Review Motion to Withdraw as counsel. | H.B.H. | .20 | $65.00 |
| 5/24/2016 | Draft Opposition to Motion to Withdrawal; review and revise. File same via ECF. | H.B.H. | .60 | $195.00 |
| 6/5/2016 | Draft letter to Judge Schulze re mediation. Review file materials. | H.B.H. | 2.80 | $910.00 |
| 6/6/2016 | Extensive tele conference with all three Plaintiffs re mediation process, expectations, strategies, etc. | H.B.H. | .90 | $292.50 |
| 6/6/2016 | Review and revise mediation letter. Prepare exhibits and transmit. | H.B.H. | 1.60 | $520.00 |
| 6/14/2016 | Meet with clients (2) at 9:30 am; travel to US DCT. Attend mediation (ending at 3:30, no lunch). Return travel to office, conferring with clients during travel. | H.B.H. | 7.50 | $2,437.50 |
| 6/16/2016 | Draft Joint Motion for Approval; review and revise. Draft proposed Order re Joint Motion for Approval. (2.3 hrs) Review proposed settlement agreement. Draft lengthy comm. to opposing counsel re same. Review reply. (.7 hrs). Review and respond to multi comms from clients re status of matter. (.8 hrs). | H.B.H. | 3.80 | $1,235.00 |
| 6/22/2016 | Review recent edits re Motion for Approval; draft comm. to opposing counsel. Review response. | H.B.H. | .20 | $65.00 |
| 6/23/2016 | Draft extensive comm. to clients re final settlement agreement. Review and revise. | H.B.H. | .30 | $97.50 |
| 6/24/2016 | Tele conf. with A. Stephens re status of matter. | H.B.H. | .10 | $32.50 |
| 6/27/2016 | Draft comm. to clients re status of matter, including signing of settlement agreement. | H.B.H. | .30 | $97.50 |
| 6/28/2016 | Meet and confer with D. Hughes re settlement. Review settlement agreement. | H.B.H. | .50 | $162.50 |
| 6/28/2016 | Review and respond to comm. from C. Schaefer re status of matter. | H.B.H. | .10 | $32.50 |
| 6/29/2016 | Prepare Atty Affidavit re legal fees. (.6 hrs) Review Motion and file via ECF. (.3 hrs). | H.B.H. | .90 | $292.50 |
| 6/29/2016 | Review and respond to comm. from C. Schaefer re status of matter. | H.B.H. | .10 | $32.50 |
| SUBTOTAL: | | | 71.90 | $23,270.00 |

**Costs**

| Date | Description | Amount |
|---|---|---|
| 10/7/2015 | Filing Fee | $400.00 |
| 2/3/2016 | Invoice - E. Schulman (#1056) | $790.00 |
| 2/8/2016 | Postage - KE | $2.08 |
| 2/8/2016 | Postage - CBS | $2.08 |
| 2/13/2016 | Postage - KE | $1.86 |
| 2/13/2016 | Postage - CBS | $1.86 |

| | | |
|---|---|---|
| 2/17/2016 | Postage - KE | $0.71 |
| 2/17/2016 | Postage - CBS | $0.71 |
| 2/19/2016 | Postage - KE | $1.64 |
| 2/28/2016 | Invoice - E. Schulman (#1058) | $957.50 |
| 3/16/2016 | Postage - CBS | $1.42 |
| 4/9/2016 | Invoice - E. Schulman (#1060) | $41.25 |
| 6/6/2016 | Invoice - E. Schulman (# 1065) | $103.75 |
| 6/6/2016 | FedEx - Judge Schulze (mediation statement) | $15.90 |
| 6/6/2016 | Tele Conference Charge | $14.22 |
| 6/14/2016 | Travel to US D.Ct. (Greenbelt) (57 miles @ .56/mile) | $31.92 |
| 6/14/2016 | Tolls (ICC) (To US District Court, Greenbelt) ($3.20 x 2 (roundtrip)) | $6.40 |
| SUBTOTAL: | | $2,373.30 |

**Matter Ledgers**

SUBTOTAL: $0.00

**Trust Account**
6/29/2016   Previous Balance   $0.00
Available in Trust:   $0.00

TOTAL $25,643.30

PREVIOUS BALANCE DUE $0.00

CURRENT BALANCE DUE AND OWING $25,643.30