FOR THE DISTRICT OF MARYLAND
Southern Division

| | | |
|---|---|---|
| **AUSTIN STEPHENS, et al.,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: CBD-15-3057 |
| | * | |
| **MAC BUSINESS SOLUTIONS, INC.,** | * | |
| et al., | * | |
| | * | |
| Defendants. | * | |

******

## ORDER

Before this Court is the parties' Joint Motion for Approval of FLSA Settlement (the "Motion") (ECF No. 27). The Court has reviewed the Motion. No hearing is deemed necessary. *See* Local Rule 105.6 (D. Md.). For the reasons set forth in the accompanying Memorandum Opinion, on this 8th day of July, 2016, the Court **DENIES** the Motion without prejudice.

/s/
Charles B. Day
United States Magistrate Judge

CBD/yv/jg